Steve W. Berman (*pro hac vice to be filed*)
steve@hbsslaw.com
Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

[Additional counsel listed on signature page]

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ALEX BARKALOFF, an individual; and the Class of Persons similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br>                              Defendant. | No.<br><br>**CLASS ACTION**<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES FOR BREACH OF EXPRESS CALIFORNIA EMISSIONS WARRANTIES**<br><br>**JURY TRIAL DEMANDED** |

CLASS ACTION COMPLAINT

**TABLE OF CONTENTS**

**Page**

I.     INTRODUCTION ................................................................................. 1

II.    FACTS NOT IN DISPUTE ................................................................. 1

    A.   It is undisputed that Volkswagen breached the express California
        Emissions Warranties with respect to each California Vehicle .............. 1

    B.   It is undisputed that Volkswagen cannot conform California
        Vehicles to the express California Emissions Warranties ...................... 3

    C.   Plaintiffs are *now* entitled to return the California Vehicles
        and receive restitution or replacement ..................................................... 4

II.    FACTS CONCERNING PLAINTIFF BARKALOFF'S CLASS
    VEHICLE ........................................................................................... 4

III.   PARTIES ............................................................................................ 5

IV.    JURISDICTION AND VENUE ......................................................... 6

V.     CLASS ALLEGATIONS ................................................................... 6

COUNT I  BREACH OF EXPRESS CALIFORNIA EMISSIONS
    WARRANTIES (CAL. CIV. CODE §§ 1793.2, *ET SEQ.*) .............................. 8

COUNT II  VIOLATION OF CALIFORNIA UNFAIR COMPETITION
    LAW  (CAL. BUS. & PROF. CODE §§ 17200, *ET SEQ.*) ............................. 9

COUNT III  PRELIMINARY AND PERMANENT INJUNCTION
    (FED. R. CIV. P. 65) ............................................................................... 10

REQUEST FOR RELIEF ........................................................................... 11

DEMAND FOR JURY TRIAL .................................................................. 12

# I.    INTRODUCTION

1.    Plaintiff Alex Barkaloff on behalf of himself and a class of similarly situated persons, including the individuals listed on Exhibit A hereto, brings this action and class action against Volkswagen Group of America, Inc. ("Volkswagen") to seek preliminary and permanent enforcement of the express warranty rights and remedies of California owners of Volkswagen and Audi diesel vehicles equipped with the EA189 engine system that relied on an illegal software "defeat device" to conform with the emissions control regulations adopted by California's Air Resources Board (the "California Vehicles").

# II.    FACTS NOT IN DISPUTE

2.    The factual allegations in this complaint are not mere allegations but are facts not in dispute.

3.    Under California's stringent automobile emissions control laws, each vehicle purchased in the state must *as a matter of law* come with an *express* manufacturer's warranty that the vehicle was "[d]esigned, built, and equipped so as to conform with all applicable regulations adopted by the Air Resources Board."  CAL. HEALTH & SAFETY CODE § 43205; *see* CAL. CODE REGS. TIT. 13, § 2037 (the "California Emissions Warranties").

**A.    It is undisputed that Volkswagen breached the express California Emissions Warranties with respect to each California Vehicle**

4.    Volkswagen breached the express emissions warranty with respect to each California Vehicle.  Specifically, Volkswagen admits that the California Vehicles are not designed, built, or equipped to conform with California's air quality regulations.  For example:

a.    The Frequently Asked Questions ("FAQ") section of Volkswagen's informational website states:

**Are the news reports of this "defeat device" true?**

> Government regulations limit the use of engine software that reduces the effectiveness of a vehicle's emissions control systems.  Those are the "defeat device" regulations, and… VW did not comply with those regulations.  We take full responsibility for our actions….[1]

      b.      On October 8, 2015, in sworn testimony to the United States Congress, the President and Chief Executive Officer of Volkswagen, Michael Horn, responded to a question from the panel chairman about whether the software was installed "for the express purpose of beating tests," by stating that to his knowledge, "It was installed for this purpose, yes."[2]

      c.      Mr. Horn was even more candid in a videotaped statement he made on September 22, 2015, that:

> …the Environmental Protection Agency has issued a statement and reality that Volkswagen Group manipulated engine software on our TDI diesel cars and we violated emissions standards….  Volkswagen has broken the trust of our customers and the public here in America….  So lets be clear about this, our company was dishonest with the EPA and California Air Resources Board.[3]

      5.      Under applicable California express warranty law, Volkswagen must "promptly" offer to accept the return of non-conforming vehicles and to provide replacement vehicles or restitution of the purchase price (among other remedies) unless it can make them "conform to the applicable express warranties after a reasonable number of attempts."  CAL. CIV. CODE § 1793.2(d)(2).

---

[1] *See* www.vwdieselinfo.com/faqs (last accessed Oct. 9, 2015).

[2] As reported in live coverage by National Public Radio (NPR) and Associated Press (AP).

[3] www.youtube.com/watch?v=Q6z8uUJE-jE (emphasis added) (last accessed Oct. 9, 2015).

- 2 -

**B.     It is undisputed that Volkswagen cannot conform California Vehicles to the express California Emissions Warranties**

6.     Volkswagen cannot make the California Vehicles conform to the express warranties and is not offering or attempting to do so at this time.  Specifically, Volkswagen admits that it has no fix and is not accepting the return of California Vehicles at this time:

a.     The Frequently Asked Questions ("FAQ") section of Volkswagen's informational website states:

> **How soon will the remedy be available, and how am I going to be compensated for this?**
>
> We cannot offer a firm date now because we need to work on the remedy and review it with the government.  We are proceeding as quickly as possible.
>
> ***
>
> **I want to turn in my vehicle – can I and how?**
>
> We are cooperating closely with the regulatory authorities to develop a remedy as quickly as possible.  We ask for your patience as we work to get this done right.[4]

b.     In his Congressional testimony on October 8, 2015, Mr. Horn stated that Volkswagen intends to make affected vehicles compliant with emissions standards through software fixes and the installation of auxiliary hardware that will take "1 to 2 years, minimum."  When questioned on remedies for consumers, he stated that Volkswagen may pay customers for a loss in resale values because of the scandal. He said that Volkswagen isn't considering providing loaner cars because the U.S. government says the vehicles are safe to drive.[5]

---

[4] www.vwdieselinfo.com/faqs (last accessed Oct. 9, 2015).

[5] As reported in live coverage by NPR and AP.

- 3 -

**C.    Plaintiffs are *now* entitled to return the California Vehicles and receive restitution or replacement**

7.      Because Volkswagen admittedly cannot make the California Vehicles "conform to the applicable express warranties after a reasonable number of attempts," Plaintiffs are *now* entitled to return their cars to Volkswagen and receive restitution or replacement pursuant to California express warranty law.  *See* CAL. CIV. CODE § 1793.2(d).

8.      Plaintiffs are suffering irreparable harm and have no adequate remedy at law because they are *now* either (a) getting no use out of their California Vehicles or (b) driving California Vehicles that are illegally spewing toxic emissions into California's air.  This harm will magnify if Plaintiffs are made to wait for Volkswagen's timetable or the conclusion of complex national litigation to exercise their express warranty rights to return their vehicles.  Plaintiffs rely on their vehicles for their livelihood and convenience.  The class vehicles are now up to six years old.  The "useful life" of an automobile is only about 8-12 years total.

9.      Accordingly, as Volkswagen's admissions leave no doubt that Plaintiffs will prevail on the merits, Plaintiffs are entitled to preliminary and permanent injunctive relief requiring Volkswagen to promptly comply with its duties under their express warranties in addition to any further relief Plaintiffs may eventually obtain through the lengthy litigation that this matter entails.

**II.     FACTS CONCERNING PLAINTIFF BARKALOFF'S CLASS VEHICLE**

10.     Plaintiff  Alex Barkaloff purchased a 2013 VW Beetle TDI from the Volkswagen of Santa Monica dealership.  He financed the purchase through Volkswagen Credit, a division of Volkswagen.

11.     On or about September 22, 2015, Plaintiff Barkaloff learned that his vehicle relied on an illegal software "defeat device" to conform with the emissions control standards.  He no longer wanted the vehicle and wanted to return it.  He

stopped driving the vehicle and wanted to stop making payments but was concerned about the impact on his credit.

12.     On September 28, 2015, Plaintiff Barkaloff contacted Volkswagen to notify it that he wanted to return the vehicle, to stop making payments on the vehicle, and to receive restitution.  He was referred to a Volkswagen customer service "800" number.  This brought him to a prompt for the "TDI emissions investigation."  This referred him to the www.vwdieselinfo.com website and similar audio recorded information.  When he eventually spoke to a Volkswagen representative, she took down information about his make and model and the dealership where he purchased the vehicle.  She told him that she would request dealership records and call back by October 5, 2015.

13.     On October 5, 2015, Plaintiff received a call back from the Volkswagen representative.  She stated that Volkswagen had reviewed the records to confirm he had a California Vehicle.  She stated that Volkswagen was prepared to offer him a credit for one month's payment on the vehicle, and asked if he would "agree" to that.  When he refused to agree, and argued back, she informed him that these determinations were made at the highest levels of Volkswagen.

### III.   PARTIES

14.     Plaintiff Alex Barkaloff resides and is domiciled in the County of Los Angeles.  He purchased a 2013 Volkswagen Beetle TDI from the Volkswagen of Santa Monica authorized Volkswagen dealership.  Plaintiff Barkaloff has maintained ownership of the vehicle from the time of purchase through to the present day.

15.     Class members listed in Exhibit A are owners of California Vehicles who have each entered individually into joint engagement agreements with Plaintiffs' counsel for the purpose of pursuing claims they may have as a members of the class of persons similarly situated.  They and their California Vehicles are identified in **Exhibit A**.

16.     The Class also consists of owners of California Vehicles whose individual identities are not yet known or who have not yet entered individually into joint engagement agreements with Plaintiffs' counsel for the purpose of pursuing claims they may have as a member of the class of persons similarly situated. Plaintiffs will file amendments to this complaint in this action to name these class members individually as may be necessary and appropriate.

17.     Defendant Volkswagen Group of America, Inc. ("Volkswagen" or "VW") is a corporation doing business in all 50 states (including the District of Columbia) and is organized under the laws of the State of New Jersey, with its principal place of business in Virginia.  At all relevant times, Volkswagen manufactured, distributed, sold, leased, and warranted the class vehicles under the Volkswagen and Audi brand names in California.

## IV.    JURISDICTION AND VENUE

18.     This Court has original jurisdiction pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), ("CAFA") because claims of 100 or more persons are proposed to be tried jointly on the ground that the they involve common questions of law or fact, the aggregate amount in controversy exceeds $5,000,000, and minimal diversity exists.

19.     Venue is proper in this Court because Volkswagen's liability to Plaintiff Barkaloff arose within the jurisdictional region of this Court, where Volkswagen does substantial business.

## V.    CLASS ALLEGATIONS

20.     Each and every owner of a California Vehicle, including each Class member, has been or would be subject to comparable treatment with respect to their express warranty rights as Plaintiff Barkaloff because Volkswagen has no facility or intention to accept the return of California Vehicles and provide restitution or replacement as required by California law.

010549-11  820531 V1

21.     This action is brought as a class action and mass action pursuant to Rule 23 the Federal Rules of Civil Procedure.

22.     The "California Vehicles" are those that Volkswagen has identified as such by make, model, and year.[6]

23.     The "Class" is the owners and leasees of California Vehicles that were originally purchased or leased in California and are currently registered in California.

24.     Excluded from the Class are individuals who have personal injury claims resulting from the installation of the defeat device in the CleanDiesel engine system. Also excluded from the Class are Volkswagen and its subsidiaries and affiliates; all persons who make a timely election to be excluded from the Class; governmental entities; and the judge to whom this case is assigned and his/her immediate family. Plaintiffs reserve the right to revise the Class definition based upon information learned through discovery.

25.     Plaintiff Alex Barkaloff will serve as the named Class representative.

26.     Plaintiff alleges on information and belief that there are approximately 70,000 California Vehicles currently owned or leased by a like number of Class members.  The exact number of Class members and their identities is retrievable through Volkswagen's records.

27.     Questions of fact and law common to the Class predominate over any questions affecting only individual members because all California Vehicles are subject to the exact same express California Emissions Warranties and all have the exact same non-conformity with the warranties.

28.     Plaintiff's claims are typical of the claims of the Class members and he has no conflict with the interests of the other Class members.

---

[6] *See* www.vwdieselinfo.com/faqs (last accessed Oct. 9, 2015); www.audiusa.com/about/a3-tdi-information (last accessed Oct. 9, 2015).

29.     Plaintiff will fairly and adequately represent the interests of the Class because he is committed to the vigorous prosecution of these claims and has retained counsel with the experience and resources necessary to pursue these claims.

30.     A class action is plainly superior to other methods for the fast and efficient adjudication of this controversy because the issues are uniform, the remedies formulaic, and there are far too many California Vehicles to resolve these controversies one by one.

**COUNT I**

**BREACH OF EXPRESS CALIFORNIA EMISSIONS WARRANTIES (CAL. CIV. CODE §§ 1793.2, *ET SEQ.*)**

31.     The preceding paragraphs are incorporated by reference.

32.     Each class vehicle is covered by express California Emissions Warranties as a matter of law.  *See* CAL. HEALTH & SAFETY CODE § 43205; CAL. CODE REGS. TIT. 13, § 2037.

33.     The express California Emissions Warranties generally provide "that the vehicle or engine is…[d]esigned, built, and equipped so as to conform with all applicable regulations adopted by the Air Resources Board."  *Id*.  This provision applies without any time or mileage limitation.  *See id*.

34.     The California Emissions Warranties also specifically warrant Class members against any performance failure of the emissions control system for three years or 50,000 miles, whichever occurs first, and against any defect in any emission-related part for seven years or 70,000 miles, whichever occurs first.  *See id*.

35.     California law imposes express duties "on the manufacturer of consumer goods sold in this state and for which the manufacturer has made an express warranty."  CAL. CIV. CODE § 1793.2.

36.     Among those duties, "[i]f the manufacturer or its representative in this state is unable to service or repair a new motor vehicle…to conform to the applicable express warranties after a reasonable number of attempts, the manufacturer shall either

promptly replace the new motor vehicle or promptly make restitution to the buyer" at the vehicle owner's option.  *See* CAL. CIV. CODE § 1793.2(d)(2).

37.    Class members are excused from the requirement to "deliver nonconforming goods to the manufacturer's service and repair facility within this state" because Volkswagen is refusing to accept them and delivery of the California Vehicles "cannot reasonably be accomplished."  CAL. CIV. CODE § 1793.2(c).

38.    This complaint is written notice of nonconformity to Volkswagen and "shall constitute return of the goods."  *Id.*

39.    Class members are excused from any requirement that they allow a "reasonable number of attempts" to bring California Vehicles into conformity with their California Emissions Warranties based on futility because Volkswagen admits it has no ability to do so at this time.  *See In re MyFord Touch Consumer Litig.*, 46 F. Supp. 3d 936, 970-71 (N.D. Cal. 2014).

40.    In addition to all other damages and remedies, Class members are entitled to "recover a civil penalty of up to two times the amount of damages" for the aforementioned violation.  *See* CAL. CIV. CODE § 1794(e)(1).  Volkswagen's existing "qualified third-party dispute resolution process" does not relieve Volkswagen from the civil penalty imposed because Volkswagen is not offering the process to Class members for resolution of these California Emissions Warranties issues and the process is not "substantially" compliant.  *See* CAL. CIV. CODE § 1794(e)(2); CAL. CIV. CODE § 1793.22(d); 16 C.F.R. § 703.2.

WHEREFORE, Plaintiffs pray for judgment and relief as set forth below.

## COUNT II

### VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW (CAL. BUS. & PROF. CODE §§ 17200, *ET SEQ.*)

41.    The preceding paragraphs are incorporated by reference.

42.     California's Unfair Competition Law ("UCL"), CAL. BUS. & PROF. CODE §§ 17200, *et seq.*, proscribes "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising."

43.     Volkswagen's conduct is an unlawful and unfair business practice within the meaning of the UCL.

44.     Plaintiffs have suffered injury in fact including lost money or property as a result.

WHEREFORE, Plaintiffs pray for judgment and relief as set forth below.

**COUNT III**

**PRELIMINARY AND PERMANENT INJUNCTION**
**(FED. R. CIV. P. 65)**

45.     The preceding paragraphs are incorporated by reference.

46.     Plaintiffs, the Class, and the California public at large are suffering irreparable harm and have no adequate remedy at law because Class members are *now* either (a) getting no use out of their class vehicles or (b) driving class vehicles that are illegally spewing toxic diesel emissions into California's air.

47.     This harm will magnify if Plaintiffs are made to wait for Volkswagen to engineer a supposed "fix" and/or wait for the conclusion of complex national litigation to exercise their express warranty rights to return their vehicles.  Plaintiffs rely on their vehicles for their livelihood and convenience.  The class vehicles are now up to six years old.  The "useful life" of an automobile is only about 8-12 years total.

48.     Volkswagen's efforts to develop a "fix" are not grounds for delay because it admits that any such fix will require 1-2 years.  Further, it is physically impossible to create a "fix" that resolves the toxic emissions without compromising the performance and fuel efficiency of their vehicles.  In any event, under California express warranty law Class members are *now* entitled to return California Vehicles. *See* CAL. CIV. CODE § 1793.2.

- 10 -

49.     Plaintiffs will prevail on the merits of the express California Emissions Warranties claims as a matter of law as soon as the matter is considered because Volkswagen has admitted all material facts.

50.     The broader complexity of the matter is not good cause for delay. "Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing." FED. R. CIV. P. 65(a)(2).

51.     Further, where, as here, the matters "involve a common question of law or fact, the Court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." FED. R. CIV. P. 42(a).  Likewise, for "convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues [or] claims." FED. R. CIV. P. 42(b).

WHEREFORE, Plaintiffs pray for judgment and relief as set forth below.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs individually and on behalf of the Class request that the Court grant relief as follows:

A.     Certification of the proposed Class, including, provisional certification for the purpose of facilitating provisional relief as necessary;

B.     Preliminary and permanent injunctive orders for the benefit of Plaintiffs individually listed in Exhibit A and/or all Class members requiring Volkswagen to immediately comply with its obligations pursuant to the California Emissions Warranties;

C.     Costs, restitution, damages, including punitive damages, and disgorgement in an amount to be determined at trial;

D.     Pre- and post-judgment interest on any amounts awarded;

E.     An award of costs and attorneys' fees; and

- 11 -

F.     Such other or further relief as may be appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a jury trial for all claims so triable.

DATED:  October 12, 2015          HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Thomas E. Loeser*

Thomas E. Loeser (Bar No. 202724)
Steve W. Berman (*pro hac vice to be filed*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

John B. Quinn (Bar No. 090378)
Shon Morgan (Bar No. 187736)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
johnquinn@quinnemanuel.com
shonmorgan@quinnemanuel.com

Lee Gordon (Bar No. 174168)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
lee@hbsslaw.com

Peter B. Fredman
LAW OFFICE OF PETER FREDMAN
125 University Avenue, Suite 102
Berkeley, California 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredmanlaw.com

*Attorneys for Plaintiff and the Proposed Class*

- 12 -

# EXHIBIT A
## Identified Class Members Seeking Injunctive Relief

| First Name | Last Name | Year of Vehicle | Make | Model | Vehicle Mileage | State of Dealership |
|---|---|---|---|---|---|---|
| Amanda | White | 2013 | VW | Jetta TDI CleanDiesel | 35,650 | CA |
| Autumn | Bernal | 2014 | VW | Jetta Sportswagen TDI CleanDiesel | 15,500 | CA |
| maura | singer williams | 2012 | VW | Golf TDI CleanDiesel | 50,000 | CA |
| Andrew | Powers | 2014 | VW | Jetta Sportswagen TDI CleanDiesel | 16,000 | CA |
| Alan | Kim | 2015 | VW | Golf TDI CleanDiesel | 3,500 | CA |
| Andrew | Bone | 2010 | VW | Jetta TDI CleanDiesel | 48,000 | CA |
| Ann | Krinard | 2012 | VW | Jetta Sportswagen TDI CleanDiesel | 26,100 | CA |
| Lorenzo J. | Alfaro-Lopez | 2013 | VW | Beetle TDI CleanDiesel | 24,800 | CA |
| Jeffrey | Alves | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 112,808 | CA |
| Amy | Black | 2009 | VW | Jetta Sportswagen TDI CleanDiesel | 108,000 | CA |
| Andreana | Clay | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 44,500 | CA |
| Andrew | Osler | 2012 | VW | Golf TDI CleanDiesel | 69,000 | CA |
| Anna | Hohag | 2014 | VW | Passat TDI CleanDiesel | 54,000 | CA |
| Anna-Lisa | Ulbrich | 2013 | VW | Golf TDI CleanDiesel | 23,000 | CA |
| Carol | Najera | 2013 | VW | Beetle convertible TDI CleanDiesel | 22,874 | CA |
| Takumi | Iitsuka | 2012 | VW | Jetta TDI CleanDiesel | 52,550 | CA |
| Artem | Lukinov | 2014 | VW | Passat TDI CleanDiesel | 18,500 | CA |
| penn | ashley | 2014 | VW | Golf TDI CleanDiesel | 57,264 | CA |
| Pei-en | Ma | 2012 | VW | Golf TDI CleanDiesel | 39,000 | CA |
| Robert | Augustine | 2015 | VW | Passat TDI CleanDiesel | 5,600 | CA |
| Gabriel | Nae | 2013 | VW | Passat TDI CleanDiesel | 44,500 | CA |
| Melissa | Connor | 2014 | VW | Jetta Sportswagen TDI CleanDiesel | 30,000 | CA |
| Kristoffer | Belau | 2010 | VW | Jetta TDI CleanDiesel | 49,437 | CA |
| Brian | Bishop | 2014 | VW | Passat TDI CleanDiesel | 22,000 | CA |
| Benjamin | Coll | 2015 | VW | Golf TDI CleanDiesel | 6,500 | CA |
| Michael | Bechauf | 2013 | Audi | Audi A3 TDI | 48,300 | CA |
| Brian | Farley | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 98,064 | CA |
| Brandon | Courtis | 2013 | VW | Jetta TDI CleanDiesel | 35,000 | CA |
| CHarmaine | Thompson | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 133,000 | CA |
| Bobby | Mooney | 2014 | VW | Passat TDI CleanDiesel | 22,000 | CA |
| Blanca | Palomino | 2013 | VW | Jetta TDI CleanDiesel | 20,100 | CA |
| Bohdan | Zacharij | 2014 | VW | Jetta Sportswagen TDI CleanDiesel | 7,626 | CA |
| brad | bailey | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 105,000 | CA |
| brad | huffman | 2015 | VW | Passat TDI CleanDiesel | 10,000 | CA |
| BRETT | LAHEY | 2013 | VW | Jetta TDI CleanDiesel | 40,000 | CA |
| Brian | Payne | 2012 | VW | Jetta Sportswagen TDI CleanDiesel | 88,223 | CA |
| Brian | Mikrut | 2013 | VW | Jetta TDI CleanDiesel | 50,423 | CA |
| Chris | Johnston | 2010 | VW | Jetta TDI CleanDiesel | 69,000 | CA |
| Bruno | Tavares | 2012 | VW | Jetta TDI CleanDiesel | 48,107 | CA |
| Brian | Micabalo | 2012 | VW | Jetta Sportswagen TDI CleanDiesel | 35,578 | CA |

| Ilya | Burkov | 2013 | Audi | Audi A3 TDI | 28,319 | CA |
|------|--------|------|------|-------------|--------|-----|
| Caitlin | Phillips | 2014 | VW | Jetta TDI CleanDiesel | 14,536 | CA |
| Carina | Chhorn | 2014 | VW | Passat TDI CleanDiesel | 17,000 | CA |
| Steve | Camarillo | 2015 | VW | Golf TDI CleanDiesel | 12,917 | CA |
| Carie | Gladding | 2015 | VW | Passat TDI CleanDiesel | 15,000 | CA |
| Carolyn | Calvert | 2014 | VW | Jetta TDI CleanDiesel | 12,000 | CA |
| Carrie | Melchior | 2012 | VW | Jetta Sportswagen TDI CleanDiesel | 42,000 | CA |
| CARRIE | STAUBER | 2012 | VW | Jetta Sportswagen TDI CleanDiesel | 32,268 | CA |
| Cassandra | Bright | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 2,056 | CA |
| Courtney | Armas Hampton | 2013 | VW | Passat TDI CleanDiesel | 51,130 | CA |
| Upinder | Raisauda | 2013 | VW | Passat TDI CleanDiesel | 68,000 | CA |
| Christopher | Fox | 2015 | VW | Jetta TDI CleanDiesel | 3,742 | CA |
| Chivone | Weyde | 2015 | VW | Jetta TDI CleanDiesel | 17,000 | CA |
| Chester | Tam | 2015 | Audi | Audi A3 TDI | 500 | CA |
| Christopher | Johnson | 2015 | VW | Passat TDI CleanDiesel | 13,500 | CA |
| Christina | Chand | 2015 | VW | Jetta TDI CleanDiesel | 4,800 | CA |
| Catherine | Miezio | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 66,000 | CA |
| Cora | Castro | 2012 | VW | Jetta TDI CleanDiesel | 77,475 | CA |
| Courtney | Sexton | 2009 | VW | Jetta Sportswagen TDI CleanDiesel | 51,444 | CA |
| Charisse | Rathle | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 57,600 | CA |
| Cristian | Gozzi | 2014 | VW | Passat TDI CleanDiesel | 40,000 | CA |
| Colleen | Sundermeyer | 2010 | VW | Jetta TDI CleanDiesel | 46,100 | CA |
| Christopher | Stack | 2010 | VW | Jetta TDI CleanDiesel | 109,000 | CA |
| Candice | Yarbrough | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 83,330 | CA |
| Christopher | Wilhelmi | 2013 | VW | Jetta Sportswagen TDI CleanDiesel | 20,000 | CA |
| Mark | Hubbard | 2010 | Audi | Audi A3 TDI | 60,500 | CA |
| Damien | Kriteman | 2015 | VW | Jetta Sportswagen TDI CleanDiesel | 19,000 | CA |
| Damon | Bard | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 697 | CA |
| Daniel | Chapman | 2014 | VW | Passat TDI CleanDiesel | 17,500 | CA |
| David | Lieberman | 2014 | VW | Passat TDI CleanDiesel | 26,350 | CA |
| David | Liebendorfer | 2013 | VW | Jetta Sportswagen TDI CleanDiesel | 24,000 | CA |
| David | Cohen | 2013 | VW | Beetle convertible TDI CleanDiesel | 16,000 | CA |
| David | Kerber | 2010 | VW | Golf TDI CleanDiesel | 164,907 | CA |
| David | Ebert | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 82,212 | CA |
| DAVID | CATALANO | 2012 | VW | Jetta Sportswagen TDI CleanDiesel | 16,500 | CA |
| Diana | Trexler | 2013 | VW | Jetta TDI CleanDiesel | 17,500 | CA |
| Dean | Case | 2012 | Audi | Audi A3 TDI | 72,000 | CA |
| Laura | Demaree | 2012 | VW | Jetta TDI CleanDiesel | 77,000 | CA |
| David | Denton | 2014 | VW | Passat TDI CleanDiesel | 22,500 | CA |
| Derek | Helton | 2014 | VW | Passat TDI CleanDiesel | 12,000 | CA |
| David | Hargus | 2014 | VW | Passat TDI CleanDiesel | 24,000 | CA |
| Donald | Imfeld | 2015 | VW | Jetta TDI CleanDiesel | 6,800 | CA |
| Deborah R. | Brown | 2009 | VW | Jetta TDI CleanDiesel | 105,000 | CA |
| Torrey | Belzberg | 2013 | VW | Jetta Sportswagen TDI CleanDiesel | 24,500 | CA |
| Denise | Stanley | 2009 | VW | Jetta TDI CleanDiesel | 135,000 | CA |
| Debbie | Tate | 2014 | VW | Jetta Sportswagen TDI CleanDiesel | 19,640 | CA |
| Anneli | Loeffler | 2013 | VW | Jetta Sportswagen TDI CleanDiesel | 360,020 | CA |

| Dustin | Mayo | 2013 | VW | Passat TDI CleanDiesel | 30,000 | CA |
|---|---|---|---|---|---|---|
| Emeterio | Azuras | 2013 | VW | Jetta TDI CleanDiesel | 91,863 | CA |
| Erik | Drobey | 2015 | VW | Golf TDI CleanDiesel | 1,200 | CA |
| Elizabeth | Rolando | 2015 | VW | Jetta TDI CleanDiesel | 6,200 | CA |
| Emanuel | Maceira | 2013 | VW | Jetta Sportswagen TDI CleanDiesel | 52,000 | CA |
| Phil | Madden | 2013 | VW | Jetta TDI CleanDiesel | 33,700 | CA |
| Eric | Shamp | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 65,000 | CA |
| Eric | Bartlett | 2014 | VW | Jetta TDI CleanDiesel | 26,400 | CA |
| Eric | Sanvelian | 2015 | VW | Golf TDI CleanDiesel | 18,000 | CA |
| Esther | Jeng | 2012 | VW | Jetta TDI CleanDiesel | 24,000 | CA |
| Giorgio | Fabbri | 2014 | VW | Jetta TDI CleanDiesel | 34,000 | CA |
| Fabio | Jacob | 2012 | Audi | Audi A3 TDI | 34,540 | CA |
| Frank | Haist | 2015 | Audi | Audi A3 TDI | 2,830 | CA |
| Freddy | Roman | 2015 | VW | Golf TDI CleanDiesel | 9,579 | CA |
| Jo | Gustely | 2015 | VW | Golf TDI CleanDiesel | 2,731 | CA |
| Gail | Evenari | 2009 | VW | Jetta TDI CleanDiesel | 104,000 | CA |
| Brandon | Racer | 2014 | VW | Jetta TDI CleanDiesel | 12,900 | CA |
| Jennifer | Wright | 2015 | VW | Passat TDI CleanDiesel | 4,000 | CA |
| David | Gerwe | 2013 | VW | Jetta Sportswagen TDI CleanDiesel | 43,400 | CA |
| George | Loosley | 2009 | VW | Jetta TDI CleanDiesel | 45,000 | CA |
| Gregory | Lilliston | 2012 | VW | Jetta TDI CleanDiesel | 33,500 | CA |
| Tarek | Suwwan de Felipe | 2012 | VW | Passat TDI CleanDiesel | 41,000 | CA |
| Daniel A | Elseman | 2010 | VW | Jetta TDI CleanDiesel | 75,100 | CA |
| LEE MICHAEL | MALIN | 2013 | VW | Jetta TDI CleanDiesel | 23,500 | CA |
| Michael | Hayman | 2012 | VW | Golf TDI CleanDiesel | 74,000 | CA |
| Haywood | mitchell | 2013 | VW | Jetta Sportswagen TDI CleanDiesel | 40,000 | CA |
| Linda | slater | 2010 | VW | Jetta TDI CleanDiesel | 116,000 | CA |
| Heddy | Riss | 2013 | Audi | Audi A3 TDI | 25,780 | CA |
| Maxwell | Hill | 2013 | VW | Golf TDI CleanDiesel | 45,000 | CA |
| Johnathan | Hines | 2010 | VW | Jetta TDI CleanDiesel | 55,000 | CA |
| Holly | Ewing | 2015 | VW | Jetta TDI CleanDiesel | 8,000 | CA |
| Mark | Houle | 2015 | VW | Passat TDI CleanDiesel | 48,000 | CA |
| Ian | Gillott | 2010 | VW | Golf TDI CleanDiesel | 60,000 | CA |
| john | LA FARGUE | 2015 | VW | Jetta Sportswagen TDI CleanDiesel | 13,000 | CA |
| Ilene | Shapera Fenton | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 50,000 | CA |
| James | Stevens | 2013 | VW | Golf TDI CleanDiesel | 26,100 | CA |
| Jamie | Sahagun | 2013 | VW | Jetta TDI CleanDiesel | 39,000 | CA |
| Jane | Elliot | 2013 | VW | Golf TDI CleanDiesel | 20,083 | CA |
| James | apRoberts | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 50,000 | CA |
| James | Barton | 2013 | VW | Passat TDI CleanDiesel | 36,750 | CA |
| James | Berg | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 58,169 | CA |
| Julie | Cason | 2013 | VW | Passat TDI CleanDiesel | 18,000 | CA |
| Jeannette A | Skaff | 2014 | VW | Passat TDI CleanDiesel | 18,037 | CA |
| Jean | Booth | 2012 | VW | Jetta TDI CleanDiesel | 100,000 | CA |
| Jeff | Aana | 2013 | Audi | Audi A3 TDI | 27,370 | CA |
| Jeff | Mizrahi | 2014 | VW | Jetta TDI CleanDiesel | 26,000 | CA |
| Jeffrey | Tibbitts | 2012 | VW | Golf TDI CleanDiesel | 41,000 | CA |

| Jenna | Jackson | 2013 | VW | Jetta TDI CleanDiesel | 23,000 | CA |
|---|---|---|---|---|---|---|
| Jessica | Herbold | 2010 | VW | Jetta TDI CleanDiesel | 43,000 | CA |
| JESSICA | PINEDA | 2012 | VW | Jetta TDI CleanDiesel | 40,000 | CA |
| Jeffrey | Kazmucha | 2011 | Audi | Audi A3 TDI | 3,000 | CA |
| Jean | Kim | 2013 | VW | Jetta TDI CleanDiesel | 60,000 | CA |
| Jeannette | gonzalez | 2015 | VW | Jetta TDI CleanDiesel | 6,300 | CA |
| JoAnn | Parayno | 2010 | VW | Jetta TDI CleanDiesel | 61,500 | CA |
| Joe | Lazar | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 60,000 | CA |
| John | Hoffman | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 14,244 | CA |
| John | Ensey | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 198,256 | CA |
| John | Impellizeri | 2010 | VW | Jetta TDI CleanDiesel | 95,124 | CA |
| John | Merz | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 94,000 | CA |
| JOHN PAUL | GUZMAN | 2015 | VW | Passat TDI CleanDiesel | 13,055 | CA |
| John Paul | Guzman | 2015 | VW | Passat TDI CleanDiesel | 13,055 | CA |
| Jonathan | Lea | 2009 | VW | Jetta TDI CleanDiesel | 144,399 | CA |
| Jordana | Langlois | 2015 | VW | Jetta TDI CleanDiesel | 10,000 | CA |
| Joshua | Bloomberg | 2014 | VW | Passat TDI CleanDiesel | 19,000 | CA |
| John | Lucas | 2012 | VW | Passat TDI CleanDiesel | 36,000 | CA |
| Julian | Braver | 2013 | Audi | Audi A3 TDI | 21,000 | CA |
| Jeffrey | Beck | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 100,500 | CA |
| Judith | Villablanca | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 1,200 | CA |
| judy | toy | 2013 | VW | Passat TDI CleanDiesel | 71,000 | CA |
| Jeff | Zaruba | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 6,149 | CA |
| Kerstin | Ehry | 2011 | VW | Jetta TDI CleanDiesel | 76,603 | CA |
| Kevin | Casner | 2014 | VW | Jetta TDI CleanDiesel | 16,387 | CA |
| Kimberly | Wiseman | 2011 | Audi | Audi A3 TDI | 124,314 | CA |
| Kendra | Oliver | 2013 | VW | Beetle TDI CleanDiesel | 45,235 | CA |
| Kenneth | Jones | 2014 | VW | Jetta Sportswagen TDI CleanDiesel | 12,700 | CA |
| Kenneth | Mounts | 2014 | VW | Passat TDI CleanDiesel | 14,702 | CA |
| Kevin | Smallen | 2015 | VW | Passat TDI CleanDiesel | 20,565 | CA |
| Kevin | Arp | 2015 | VW | Passat TDI CleanDiesel | 7,000 | CA |
| Kevin | Olson | 2012 | VW | Jetta Sportswagen TDI CleanDiesel | 54,000 | CA |
| Karen | Bates | 2015 | VW | Golf TDI CleanDiesel | 8,123 | CA |
| Kevin | Jentes | 2014 | VW | Passat TDI CleanDiesel | 35,340 | CA |
| Krista | Oldach | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 50,991 | CA |
| John | Oldach | 2013 | VW | Jetta TDI CleanDiesel | 36,048 | CA |
| Kristine | Kim | 2012 | VW | Jetta TDI CleanDiesel | 36,100 | CA |
| Nisha | Snyder | 2015 | VW | Passat TDI CleanDiesel | 6,000 | CA |
| Laurie | Szujewska | 2015 | Audi | Audi A3 TDI | 8,816 | CA |
| Lindsay | Branzel | 2009 | VW | Jetta Sportswagen TDI CleanDiesel | 86,000 | CA |
| Jonathan | Hecker | 2014 | VW | Passat TDI CleanDiesel | 42,500 | CA |
| lev | weisbach | 2012 | Audi | Audi A3 TDI | 55,000 | CA |
| Lindsey | Shultz | 2014 | VW | Jetta TDI CleanDiesel | 14,000 | CA |
| Linh | Wong | 2014 | VW | Passat TDI CleanDiesel | 13,000 | CA |
| Lisa | Hanawalt | 2011 | Audi | Audi A3 TDI | 39,797 | CA |
| Lyudmil | Petrov | 2011 | VW | Jetta TDI CleanDiesel | 86,000 | CA |
| laura | LOES | 2013 | VW | Jetta TDI CleanDiesel | 31,000 | CA |

| Lori and Dan | Stenger | 2010 | VW | Jetta TDI CleanDiesel | 126,000 | CA |
|---|---|---|---|---|---|---|
| Lotfali | Rafii | 2009 | VW | Jetta TDI CleanDiesel | 129,000 | CA |
| Paulina l | Lusk | 2015 | VW | Jetta TDI CleanDiesel | 8,000 | CA |
| Larry | Freestone | 2015 | VW | Golf TDI CleanDiesel | 14,000 | CA |
| Malia | Sias | 2011 | VW | Golf TDI CleanDiesel | 80,000 | CA |
| Marco | Bini | 2010 | Audi | Audi A3 TDI | 150,000 | CA |
| Marc | Jordan | 2011 | VW | Jetta TDI CleanDiesel | 87,263 | CA |
| Marea | Hargreaves | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 47,381 | CA |
| Hajime | Takada | 2014 | VW | Beetle TDI CleanDiesel | 17,445 | CA |
| Mark | Pikaart | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 72,000 | CA |
| Mark | Reinking | 2012 | VW | Jetta TDI CleanDiesel | 43,321 | CA |
| James | Maroules | 2015 | Audi | Audi A3 TDI | 7,800 | CA |
| Marshall | Herskovitz | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 50,000 | CA |
| Mary | McDonald | 2013 | VW | Jetta TDI CleanDiesel | 20,000 | CA |
| Matthew | Day | 2015 | VW | Golf TDI CleanDiesel | 7,500 | CA |
| Matthew | Burgess | 2015 | VW | Passat TDI CleanDiesel | 22,000 | CA |
| Marsha | Benotto | 2014 | VW | Passat TDI CleanDiesel | 13,991 | CA |
| Michael | Braden | 2011 | Audi | Audi A3 TDI | 38,761 | CA |
| Melanie | Inglessis | 2014 | VW | Jetta TDI CleanDiesel | 26,000 | CA |
| Jaime | Mennealy | 2015 | VW | Golf TDI CleanDiesel | 6,000 | CA |
| Michelle | Homme | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 1,200 | CA |
| Michelle | Koza | 2010 | VW | Golf TDI CleanDiesel | 22,000 | CA |
| Michael | Ginsberg | 2012 | VW | Jetta TDI CleanDiesel | 15,000 | CA |
| michael | grotte | 2013 | VW | Golf TDI CleanDiesel | 45,000 | CA |
| Peter | Gonzalez | 2014 | VW | Passat TDI CleanDiesel | 21,000 | CA |
| Michael | Klenert | 2012 | Audi | Audi A3 TDI | 56,012 | CA |
| George | Lee | 2012 | VW | Golf TDI CleanDiesel | 34,430 | CA |
| Manuel | Mora | 2014 | VW | Passat TDI CleanDiesel | 27,000 | CA |
| Shannon | Greene | 2013 | VW | Beetle convertible TDI CleanDiesel | 24,500 | CA |
| Harold | Van Dyke | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 700 | CA |
| Nicholas | Gomez | 2013 | VW | Golf TDI CleanDiesel | 33,200 | CA |
| Nicholas | Salemme | 2012 | VW | Passat TDI CleanDiesel | 53,000 | CA |
| Nicholas | Smith | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 90,000 | CA |
| Nicole | Fondse | 2009 | VW | Jetta TDI CleanDiesel | 85k | CA |
| Nicole | Taffolla | 2011 | VW | Jetta TDI CleanDiesel | 56,600 | CA |
| Nicholas | Mynderse | 2013 | VW | Passat TDI CleanDiesel | 35,157 | CA |
| Noel | McCarthy | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 50,800 | CA |
| Noelle | Voorhees | 2011 | VW | Jetta TDI CleanDiesel | 70k | CA |
| Oliver | Jacobson | 2014 | VW | Jetta Sportswagen TDI CleanDiesel | 11,797 | CA |
| Onur | Erbilgin | 2015 | VW | Golf TDI CleanDiesel | 6,000 | CA |
| Owen | Gillott | 2010 | VW | Golf TDI CleanDiesel | 65,177 | CA |
| Steven | Fuller | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 92,650 | CA |
| Michael | Haney | 2012 | VW | Jetta TDI CleanDiesel | 25,685 | CA |
| Christopher | Passino | 2009 | VW | Jetta TDI CleanDiesel | 107,000 | CA |
| Pauline | Tello | 2015 | VW | Passat TDI CleanDiesel | 9,614 | CA |
| Pierre | Rigaud | 2015 | Audi | Audi A3 TDI | 8,000 | CA |
| Peter | Bloom | 2011 | VW | Golf TDI CleanDiesel | 56,000 | CA |

| Peter | Wright | 2011 | VW | Golf TDI CleanDiesel | 54,000 | CA |
|---|---|---|---|---|---|---|
| Philip | Lips | 2015 | VW | Golf TDI CleanDiesel | 1,800 | CA |
| Phillip | Stewart | 2014 | VW | Jetta TDI CleanDiesel | 39,800 | CA |
| paul | kuhlman | 2013 | VW | Passat TDI CleanDiesel | 34,000 | CA |
| JENNIFER | GRIFFIN | 2013 | VW | Passat TDI CleanDiesel | 32,400 | CA |
| Pui | Ko | 2014 | VW | Passat TDI CleanDiesel | 24,250 | CA |
| Richard | Bark | 2015 | VW | Jetta TDI CleanDiesel | 4,609 | CA |
| Ralph | Crowder | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 700 | CA |
| Kurt | Doerffler | 2014 | VW | Passat TDI CleanDiesel | 15 | CA |
| Robert | Spencer | 2015 | VW | Passat TDI CleanDiesel | 2,437 | CA |
| Ron | Foxford | 2012 | VW | Passat TDI CleanDiesel | 91,100 | CA |
| Rafael | Banaag | 2015 | VW | Golf TDI CleanDiesel | 4,187 | CA |
| Rafael | Rishik | 2010 | VW | Jetta Sportwagen TDI CleanDiesel | 86,083 | CA |
| Alexey | Raykhman | 2014 | VW | Jetta TDI CleanDiesel | 30,000 | CA |
| Rajiv | Narayan | 2012 | VW | Golf TDI CleanDiesel | 55,000 | CA |
| Jonathan | Ramos | 2015 | Audi | Audi A3 TDI | 11,500 | CA |
| RANDY | WHITE | 2013 | VW | Passat TDI CleanDiesel | 63,022 | CA |
| Roger | Peterson | 2011 | VW | Jetta Sportwagen TDI CleanDiesel | 110 | CA |
| Cynthia | Ray | 2012 | VW | Golf TDI CleanDiesel | 23,700 | CA |
| Nancy | King | 2013 | VW | Golf TDI CleanDiesel | 35,575 | CA |
| Ray | Fabroquez | 2014 | VW | Jetta TDI CleanDiesel | 33,000 | CA |
| Christopher | Reid | 2013 | VW | Jetta Sportwagen TDI CleanDiesel | 28,491 | CA |
| Rhonda | Pipkin | 2012 | VW | Jetta Sportwagen TDI CleanDiesel | 28,458 | CA |
| Lindsay | Holmes | 2013 | VW | Jetta Sportwagen TDI CleanDiesel | 430,000 | CA |
| Richard | Moot | 2015 | VW | Golf TDI CleanDiesel | 1,314 | CA |
| Robert | Jacobs | 2013 | VW | Jetta TDI CleanDiesel | 44,153 | CA |
| Randy | Canieso | 2015 | VW | Golf TDI CleanDiesel | 3,878 | CA |
| Russell | Teicheira | 2014 | VW | Jetta TDI CleanDiesel | 26,000 | CA |
| Robert | Benda | 2014 | VW | Passat TDI CleanDiesel | 23,000 | CA |
| Robert | January III | 2014 | VW | Passat TDI CleanDiesel | 20,100 | CA |
| Rodd | Whitley | 2009 | VW | Jetta TDI CleanDiesel | 115,000 | CA |
| odolfo Eduard | Aguirre | 2013 | VW | Golf TDI CleanDiesel | 60,000 | CA |
| Ronda | Zulich | 2015 | VW | Passat TDI CleanDiesel | 12,000 | CA |
| David | STRIBLING | 2013 | VW | Golf TDI CleanDiesel | 342,500 | CA |
| Robert | Webb | 2014 | VW | Jetta TDI CleanDiesel | 17,000 | CA |
| Roy | McMakin | 2015 | VW | Jetta TDI CleanDiesel | 5,000 | CA |
| Ryan | Clancy | 2013 | VW | Jetta Sportwagen TDI CleanDiesel | 42,000 | CA |
| Ruben | Pegorer | 2012 | VW | Jetta Sportwagen TDI CleanDiesel | 48,000 | CA |
| Ryan | Richter | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 4,362 | CA |
| Kara | Michel | 2013 | VW | Jetta TDI CleanDiesel | 33,500 | CA |
| Jerome | Ewing | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 5,548 | CA |
| Ruth | Rainero | 2012 | VW | Golf TDI CleanDiesel | 31,000 | CA |
| Robert | Van Den Broeke | 2014 | VW | Passat TDI CleanDiesel | 32,083 | CA |
| Rand | Wilcox | 2013 | VW | Golf TDI CleanDiesel | 37,569 | CA |
| Ryland | Cook | 2010 | VW | Jetta Sportwagen TDI CleanDiesel | 70K | CA |
| Stephanie | Lingsch | 2013 | VW | Beetle TDI CleanDiesel | 21,071 | CA |
| Simon | Beaven | 2011 | Audi | Audi A3 TDI | 88,557 | CA |

| Stephen | Froom | 2013 | VW | Passat TDI CleanDiesel | 40,000 | CA |
|---|---|---|---|---|---|---|
| Sean | Boss | 2015 | VW | Golf TDI CleanDiesel | 20,900 | CA |
| Sean | McCrann | 2010 | VW | Jetta TDI CleanDiesel | 87,200 | CA |
| Sean | McCrann | 2010 | VW | Jetta TDI CleanDiesel | 87,200 | CA |
| danie-ann | miller | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 70,000 | CA |
| Sara | Hanifin | 2013 | VW | Golf TDI CleanDiesel | 19,900 | CA |
| Shari | Doi | 2013 | VW | Passat TDI CleanDiesel | 28,061 | CA |
| Bryan | Sheffield | 2010 | VW | Jetta TDI CleanDiesel | 32,000 | CA |
| Sherry | Morgado | 2015 | VW | Golf TDI CleanDiesel | 2,120 | CA |
| Siddhartha | Chand | 2015 | VW | Jetta TDI CleanDiesel | 8,465 | CA |
| Simon | Cardoza | 2009 | VW | Jetta TDI CleanDiesel | 117,000 | CA |
| Simon | Cardoza | 2014 | VW | Jetta TDI CleanDiesel | 73,000 | CA |
| Steven | Chun | 2012 | VW | Jetta Sportswagen TDI CleanDiesel | 40,112 | CA |
| Ben | Hong | 2015 | VW | Passat TDI CleanDiesel | 956 | CA |
| Susan L | Zimmerman | 2009 | VW | Jetta TDI CleanDiesel | 60,241 | CA |
| Linda | Ross-Smith | 2013 | VW | Jetta TDI CleanDiesel | 54,000 | CA |
| Randy | Soliman | 2012 | VW | Golf TDI CleanDiesel | 64,000 | CA |
| Spencer | Owens | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 2,000 | CA |
| Paul | Bartell | 2015 | VW | Jetta TDI CleanDiesel | 4,000 | CA |
| Stephanie | Geny-Bikialo | 2015 | VW | Golf TDI CleanDiesel | 8,100 | CA |
| Edward | Burgess | 2014 | VW | Jetta TDI CleanDiesel | 24,000 | CA |
| Mary | Raleigh | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiese | 6,300 | CA |
| Susan | Stirling | 2013 | VW | Golf TDI CleanDiesel | 26,000 | CA |
| Susan | Caldwell | 2015 | VW | Passat TDI CleanDiesel | 1,200 | CA |
| Scott | Mack | 2015 | VW | Passat TDI CleanDiesel | 10,000 | CA |
| Sydney | Chute | 2015 | VW | Golf TDI CleanDiesel | 4,142 | CA |
| MARKO | PELJHAN | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 90,000 | CA |
| Tahir | Rathore | 2015 | VW | Passat TDI CleanDiesel | 2,300 | CA |
| Arturo | Gallegos | 2014 | VW | Jetta Sportswagen TDI CleanDiesel | 26,000 | CA |
| Steven | Taylor | 2015 | VW | Golf TDI CleanDiesel | 13,853 | CA |
| Tyler | Champion | 2015 | VW | Golf TDI CleanDiesel | 8,000 | CA |
| wesley | dolson | 2013 | VW | Jetta TDI CleanDiesel | 72,000 | CA |
| Kristina | Jensen | 2010 | Audi | Audi A3 TDI | 65,000 | CA |
| Jon | Carter | 2013 | VW | Golf TDI CleanDiesel | 48,000 | CA |
| Shari | Ferguson | 2015 | VW | Golf TDI CleanDiesel | 2,450 | CA |
| Rick | Goeden | 2014 | VW | Jetta Sportswagen TDI CleanDiesel | 16,182 | CA |
| Terry | Hight | 2013 | VW | Passat TDI CleanDiesel | 47,500 | CA |
| David | Nash | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 60,000 | CA |
| Timothy | White | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 59,000 | CA |
| Timothy | Morgan | 2013 | VW | Jetta Sportswagen TDI CleanDiesel | 37,500 | CA |
| Timothy | McCrystle | 2013 | VW | Passat TDI CleanDiesel | 47,541 | CA |
| Tiffaney | Fomby | 2015 | VW | Passat TDI CleanDiesel | 3,700 | CA |
| Todd | Marks | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 83,000 | CA |
| Thomas | Croyle | 2012 | Audi | Audi A3 TDI | 23,931 | CA |
| Tom | Abbey | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 58,987 | CA |
| Toni | littlejohn | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 65,587 | CA |
| Paul | Larsen | 2013 | VW | Passat TDI CleanDiesel | 75,000 | CA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tyjal | Folsom | 2014 | VW | Jetta TDI CleanDiesel | 27,000 | CA |
| Kent | Nichols | 2015 | VW | Passat TDI CleanDiesel | 2,156 | CA |
| Bertha | Foxford | 2013 | VW | Passat TDI CleanDiesel | 22,290 | CA |
| Alfred | Constable | 2014 | VW | Passat TDI CleanDiesel | 30,506 | CA |
| Glenn | Warren | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 57,000 | CA |
| Benjamin | Wojcik | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 50,088 | CA |
| William | Rabello | 2015 | VW | Golf TDI CleanDiesel | 3,000 | CA |
| Laurel | Neufeld-Williams | 2009 | VW | Jetta TDI CleanDiesel | 84,000 | CA |
| John | Wilson | 2014 | VW | Passat TDI CleanDiesel | 11,000 | CA |
| William | Higgins | 2011 | VW | Jetta Sportswagen TDI CleanDiesel | 76,000 | CA |
| William (Bill) | Allen | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 102,024 | CA |
| David | Ruggiero | 2014 | VW | Passat TDI CleanDiesel | 46,000 | CA |
| Shih Wei | Yang | 2013 | VW | Jetta TDI CleanDiesel | 50,800 | CA |
| Yusuf | Bashir | 2012 | Audi | Audi A3 TDI | 45,000 | CA |
| James | Donohue | 2010 | VW | Jetta Sportswagen TDI CleanDiesel | 76,758 | CA |
| Joseph | Alvarado | 2015 | VW | 2015 Golf Sportwagen TDI CleanDiesel | 772 | CA |
| Zachary | Ponnequin | 2015 | VW | Passat TDI CleanDiesel | 5,000 | CA |